# Court of Appeals
# of the State of Georgia

ATLANTA,      May 26, 2016

*The Court of Appeals hereby passes the following order:*

**A16I0207. LORRINE THOMAS v. TENET HEALTHSYSTEM GB, INC. D/B/A ATLANTA MEDICAL CENTER et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
2014CV246046



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   *May 26, 2016*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*